**Exhibit "A"**

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT, IN AND FOR DADE
COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: **11-32476CA 05**

Fla. Bar No.: 863350

ORIT COHEN,

      Plaintiff,

vs.

METLIFE INVESTORS USA INSURANCE
COMPANY, a foreign corporation,

      Defendant.

_____/

## COMPLAINT FOR DAMAGES

Plaintiff by and through their undersigned counsel, sues Defendant and allege:

## GENERAL ALLEGATIONS

1.     This is an action for damages in excess of the sum of FIFTEEN THOUSAND AND NO/100 DOLLARS ($15,000.00).

2.     At all times material hereto, Defendant, MET LIFE INVESTORS USA INSURANCE COMPANY (hereinafter referred to as "METLIFE") was and is a foreign corporation authorized and licensed to do business in the State of Florida.

3.     At all times material hereto, there was in full force and effect a policy of life insurance with a policy proceeds of $500,000 (Five hundred thousand dollars) designating the Plaintiff, ORIT COHEN as beneficiary of death benefits and/or policy proceeds pursuant to Policy No. 207277250US issued by Defendant, METLIFE for the life of David Cohen. A copy of said policy is attached hereto and marked as Exhibit "A".

## COUNT I
## BREACH OF CONTRACT CLAIM
## AGAINST METROPOLITAN LIFE INSURANCE COMPANY

4.      The Plaintiff, ORIT COHEN, adopts and realleges the General Allegations.

5.      On or about January 27, 2010, David Cohen the insured under the aforementioned life insurance policy died.

6.      Subsequent to January 27, 2010, Plaintiff has timely filed a policy proceeds claim, submitted proper proof for applicable benefits due under the provisions of the aforesaid policy of insurance, and have otherwise performed all conditions precedent to entitle her to recover under the policy of insurance.

7.      Under the terms and conditions of said policy of insurance, Defendant, METLIFE, is liable to Plaintiff as the beneficiary under the life insurance policy if the insured David Cohen dies.

8.      Plaintiff has been denied and/or Defendant, METLIFE, has refused to pay benefits and/or policy proceeds to the Plaintiff, ORIT COHEN, the beneficiary under the subject policy of insurance. METLIFE'S failure to pay benefits and/or policy proceeds constitutes a breach of the insurance policy.

9.      Plaintiff has retained the services of an attorney and has promised to pay said attorney a reasonable fee, and is entitled to be reimbursed for said attorney's fee under pursuant to Section 627.428, Florida Statutes (2010) and Florida decisional law.

WHEREFORE, Plaintiff sues Defendant for an amount within the jurisdictional limits of this Court, to-wit: in excess of the sum of FIFTEEN THOUSAND AND NO/100 DOLLARS ($15,000.00), plus interest and costs.

Plaintiff demands a trial by jury of all issues triable as a matter of right by a jury.

Orit Cohen v. MetLife
Page 3

**BRUMER & BRUMER, P.A.**
Attorneys for Plaintiff,
ORIT COHEN
SunTrust International Center
One Southeast Third Avenue, Suite 2900
SunTrust International Center
Miami, Florida 33131
Tel- 305-374-2000
Fax- 305-358-0303

By: _____
MARC L. BRUMER

**MetLife Investors USA Insurance Company**

# Term Life Insurance Policy

| | |
|---|---|
| **Insured** | **DAVID COHEN** |
| **Policy Number** | 207 277 250 US |
| **Plan of Insurance** | Yearly Renewable Term with Guaranteed Premiums |
| **Face Amount** | $500,000 |

**MetLife Investors USA Insurance Company** will pay the Face Amount of this Policy and provide the other rights and benefits of the Policy according to its provisions.

Signed on the Date of Issue
for the Company at its Home Office
222 Delaware Ave, Suite 900
P.O. Box 25130
Wilmington, DE  19899

Michael Farrell
President

Richard C. Pearson
Secretary

## Term Life Insurance Policy

- The policy proceeds are payable if the Insured dies while the insurance is in force.
- Premiums are payable to the Company for a specified period.  (See the Schedule of Renewal Premiums.)
- Premiums for the first year are shown in the Policy Schedule and for later years are shown in the Schedule of Renewal Premiums.
- The Policy is not participating and does not share in dividends.
- The Policy is automatically renewable until the Final Expiry Date shown in the Policy Schedule.
- The Policy can be converted to permanent insurance within the Conversion Period shown in the Policy Schedule.

## Please Read Your Policy Carefully

This policy is a legal contract between you and the Company.

## Ten Day Right to Return the Policy

You have 10 days after you receive this Policy from the Company to review it. Within those 10 days, you can return the Policy to the Company or its sales representative for any reason. If you return the Policy: any premiums paid will then be refunded; and the Policy will be cancelled from the start.





1-21-04

1

AAAF1D

 

# TABLE OF CONTENTS

| | Page |
|---|---|
| **Policy Schedule** | 3 |
| **Schedule of Renewal Premiums** | 5 |
| **Payment When Insured Dies** | |
| Policy Proceeds | 7 |
| **Contract** | |
| The Contract | 8 |
| Payments Under the Contract | 8 |
| Forms | 8 |
| Dates | 8 |
| Not Contestable After Two Years | 8 |
| Suicide Within Two Years | 8 |
| Age of Insured | 8 |
| Unisex Basis | 9 |
| Claims of Creditors | 9 |
| Refund of Unearned Premium | 9 |
| **Premiums** | |
| Payment | 10 |
| Amount and Frequency | 10 |
| Grace Period | 10 |
| Renewal | 10 |
| Reinstatement | 10 |
| **Conversion Option** | |
| Conversion Option | 11 |
| **Owner and Beneficiary** | |
| Owner | 12 |
| Beneficiary | 12 |
| Change of Owner or Beneficiary | 12 |
| Assignments | 12 |
| Designation of Owner and Beneficiary | 12 |

| | Page |
|---|---|
| **Payment of Benefits** | |
| Payment | 13 |
| Choice of Payment Options; Option Date | 13 |
| Payee | 13 |
| Life Income Options | 13 |
| Death of Payee | 13 |
| Limitations | 13 |
| **Payment Options** | |
| Single Life Income | 14 |
| Single Life Income – 10 Year Guaranteed Payment Period | 14 |
| Joint and Survivor Life Income | 14 |
| Other Frequencies and Options | 14 |
| **Life Income Tables** | |
| Minimum Payments Under Payment Options | 15 |
| Single Life Income | 15 |
| Joint and Survivor Life Income | 15 |

Any amendments, riders or endorsements are inserted before the back page.

```
Pages 4, 6, 16 and 17 were intentionally left blank.
```

AAAFXR

## Policy Schedule

**Owner and Beneficiary**
As named in the Application or as later changed. See the Owner and Beneficiary Section of the Policy.

| | | | |
|---|---|---|---|
| **Insured**<br>DAVID COHEN | **Policy Number**<br>207 277 250 US | **Age**<br>54 | **Sex**<br>MALE |
| **Policy Date**<br>02/12/2008 | **Date of Issue**<br>02/07/2008 | **Policy Class**<br>ELITE PLUS NONSMOKER | |
| **Expiry Date**<br>02/12/2009 | **Final Expiry Date**<br>POLICY ANNIVERSARY ON WHICH<br>INSURED IS AGE 95 | | |
| **Conversion Period**<br>UP TO THE POLICY ANNIVERSARY ON WHICH INSURED IS AGE 64 | | | |

---

### Schedule of Benefits

| | **Face Amount** |
|---|---|
| Yearly Renewable Term<br>with Guaranteed Premiums | $500,000 |

### Schedule of Annual Premiums

| | First Year |
|---|---|
| Current | $874.00 |
| Total Premium | |
| Current | $874.00 |

| Thereafter | See the Schedule of Renewal Premiums Beginning on Page 5 |
|---|---|

| **Total Current Premium On Policy Date** | **Annual**<br>$874.00* | **Monthly\*\***<br>$78.66* |
|---|---|---|

\* A $ 69.00 annual Policy Fee is reflected in these amounts.
\*\* Automatically deducted from checking account.

SEX-DISTINCT BASIS

 

## Schedule of Renewal Premiums

**Policy Number**
207277250US

### Annual Renewable Premiums*

| Policy Year | Premium* |
|---|---|
| 2 thru 10 | $874.00 |
| 11 | $14019.00 |
| 12 | $15539.00 |
| 13 | $17079.00 |
| 14 | $18639.00 |
| 15 | $20319.00 |
| 16 | $22059.00 |
| 17 | $24169.00 |
| 18 | $26529.00 |
| 19 | $29629.00 |
| 20 | $32899.00 |
| 21 | $36339.00 |
| 22 | $40099.00 |
| 23 | $44199.00 |
| 24 | $48959.00 |
| 25 | $54519.00 |
| 26 | $60939.00 |
| 27 | $67939.00 |
| 28 | $75909.00 |
| 29 | $84209.00 |
| 30 | $93159.00 |
| 31 | $103069.00 |
| 32 | $114139.00 |
| 33 | $126409.00 |
| 34 | $139809.00 |
| 35 | $154169.00 |
| 36 | $169319.00 |
| 37 | $185129.00 |
| 38 | $199999.00 |
| 39 | $215499.00 |
| 40 | $231849.00 |
| 41 | $249119.00 |

*A $69.00 annual Policy Fee is included in these amounts.

 SE-21-04

AAAFX9

 

## PAYMENT WHEN INSURED DIES

**Policy Proceeds**   If the insured dies while this policy is in force, an amount of money, called the policy proceeds, will be payable to the beneficiary.  The policy proceeds are the total of:

* The Face Amount shown in the Policy Schedule;

> PLUS

* Any part of a premium paid for coverage beyond the date of death;

> PLUS

* Any amount of insurance on the insured's life which may be provided by a rider on this Policy;

> MINUS

* Any premium due to the date of death (not more than the premium for one month's coverage).

We will pay the insurance proceeds to the beneficiary after the receipt of proof of death and a proper written claim.  Interest will be paid on the proceeds at an annual rate equal to the Moody's Corporate Bond Yield Average - Monthly Average Corporate as of the day the claim was received, from the date we receive written proof of death to the date we pay the claim.  If the method of calculating this index is substantially changed from the method of calculation in use on January 1, 1993, the rate will not be less than 8 percent.

## CONTRACT

**The Contract**

This Policy is a legal contract between the Owner of the Policy (called "you") and MetLife Investors USA Insurance Company (called "the Company"). The Policy, which includes the attached Applications, any attached endorsements and all riders listed in the Policy Schedule, is the entire contract between you and the Company. No change in or waiver of the provisions of the Policy is valid unless the change or waiver is signed by the President or the Secretary of the Company.

**Payments Under the Contract**

All contract amounts are in U.S. currency. Payments by the Company under the contract will be made at the Home Office or at any other office designated by the Company. The obligations of the Company are subject to all payments made and actions taken by the Company under the Policy before we record proof of the Insured's death at our Home Office or at any office designated by the Company.

**Forms**

If you want to change a beneficiary, change an address, convert this policy or request any other action by us, you should do so on the forms prepared for each purpose. You can get these forms from your sales representative or from our Home Office or from any other office designated by the Company.

**Dates**

Policy years, months and anniversaries are all measured from the Policy Date. The contestable and suicide periods start on the Date of Issue. The Policy Date and the Date of Issue are both shown in the Policy Schedule.

**Not Contestable After Two Years**

Insurance is issued by the Company in reliance on the statements made in the Application for the insurance. Those statements are representations; they are not warranties. No statement can be used to contest or rescind insurance or to defend against a claim unless contained in the Application for the insurance. The insurance issued under this Policy will not be contestable after it has been in force during the life of the Insured for two years from the Date of Issue, except for nonpayment of premiums.

**Suicide Within Two Years**

If the Insured dies by suicide, while sane or insane, within two years from the Date of Issue, the policy proceeds will be limited to the amount of the premiums paid, or the reserve if greater and required by state law.

**Age of Insured**

The age of the Insured on the Policy Date and on policy anniversaries means the age at the nearest birthday of the Insured.

If the age or the sex of the Insured has not been correctly stated in the Application, the benefits will be the amounts which the premiums paid would have purchased for the correct age and and sex.

AAAFX8

| **Unisex Basis** | If the Policy Schedule indicates this Policy is on a Unisex Basis, each Policy or rider provision that contains any differences based on sex is modified to provide for males and females the same: |
| --- | --- |

* Rates;

* Benefits; and

* Values.

| **Claims of Creditors** | The Policy and payments under it will be exempt from the claims of creditors to the extent allowed by law. |
| --- | --- |
| **Refund of Unearned Premiums** | If you ask to discontinue this Policy, we will refund the part of the premium paid for coverage beyond the policy month in which you make your request. |




## PREMIUMS

**Payment**

Premiums are payments to the Company for the Policy. Payments can be made at the Home Office or at any other office designated by the Company. All payments are to be made in U.S. currency. A receipt for payment signed by the Secretary of the Company will be given on request. The Policy will not be in force until the first full premium is paid.

**Amount and Frequency**

Annual premiums for the Policy and for any riders are shown in the Policy Schedule and in the Schedule of Renewal Premiums. Payment can be at any other premium mode available by the Company. Payment is due in advance on the first day of each payment period, starting on the Policy Date. No premium will be due or payable for any period after the death of the Insured.

**Grace Period**

There is a grace period of 31 days in which to pay each premium after the first, without interest, after its due date. The insurance will be in force during the grace period.

**Renewal**

The Policy will be renewed automatically for successive periods of one year from the Expiry Date to a new Expiry Date one year later by payment of the renewal premium. It cannot be renewed beyond the Final Expiry Date shown in the Policy Schedule.

**Reinstatement**

If the Policy lapses because a premium is unpaid at the end of its grace period the Policy and riders can be reinstated, if the Insured is living.

We will reinstate your Policy if you:

* Apply for reinstatement within 3 years of the due date of the premium in default; and

* Provide evidence of insurability satisfactory to the Company; and

* Pay, while the Insured is living, each unpaid premium, plus interest at the rate of 6% per year compounded yearly.

Any rider which provides life or disability insurance on a person other than the Insured can be reinstated only as stated in the rider.

## CONVERSION OPTION

**Conversion Option**

During the Conversion Period shown in the Policy Schedule you can convert this Policy, while it is in force with all premiums paid, to a new policy on another plan of insurance. The new policy will be issued:

- By the Company or by an affiliate designated by the Company;
- Without proof that the Insured is insurable;
- On a plan of permanent insurance, with a level face amount, available on the Policy Date of the new policy;
- With the same Insured and Face Amount as this Policy;
- With the same underwriting class as this Policy, or the class we determine is closest to it if the class of this Policy is not offered on the new policy;
- Subject to any assignments of this Policy and any limitations on this Policy stated in riders,
- With a Policy Date as of the date of conversion; and
- At the insurance age of the Insured on the Policy Date of the new policy.

The conversion is subject to payment of the first premium for the new policy, less any conversion credit.

Riders can be attached to the new policy only with the consent of the Company.

## OWNER AND BENEFICIARY

**Owner**

The Owner of the Policy is named in the Application (see copy attached); but the Owner can be changed. The new Owner will succeed to all of the rights of the Owner, including the right to make a further change of Owner. At the death of the Owner, his or her estate will be the Owner, unless a successor Owner has been named. In this Policy "you" means the Owner, whether the Owner is a person, a partnership, a corporation, a fiduciary or any other legal entity. The rights of the Owner will end at the death of the Insured.

**Beneficiary**

The Beneficiary is the person or persons to whom the policy proceeds are payable when the Insured dies. The Beneficiary is named in the Application (see copy attached); but the Beneficiary can be changed before the death of the Insured. You may name a Contingent Beneficiary who would become the Beneficiary if the Beneficiary dies before the Insured dies. The Beneficiary has no rights in the Policy until the death of the Insured. A person must survive the Insured to qualify as Beneficiary. If none survives, the proceeds will be paid to the Owner. The Beneficiary can also be a corporation, a partnership, a fiduciary or any other legal entity.

**Change of Owner or Beneficiary**

A change of Owner or Beneficiary must be in written form satisfactory to the Company, and must be dated and signed by the Owner who is making the change. The change will be subject to all payments made and actions taken by the Company under the Policy before the signed change form is recorded at our Home Office or other office designated by the Company.

**Assignments**

An absolute assignment of the Policy by the Owner is a change of Owner and Beneficiary to the assignee. A collateral assignment of the Policy by the Owner is not a change of Owner or Beneficiary; but their rights will be subject to the terms of the assignment. Assignments will be subject to all payments made and actions taken by the Company before a signed copy of the assignment form is recorded at our Home Office or at any other office designated by the Company. The Company will not be responsible for determining whether or not an assignment is valid.

**Designation of Owner and Beneficiary**

A numbered sequence can be used to name successive Owners or Beneficiaries. Co-Beneficiaries will receive equal shares unless otherwise stated.

At the time for payment of benefits the Company can rely on an affidavit of any Owner or other responsible person to determine family relations or members of a class.

AAAFXF



## PAYMENT OF BENEFITS

**Payment**

Unless otherwise requested, we may pay the policy proceeds when the insured dies, to the Payee in one sum or by placing the amount in an account that earns interest. The Payee will have immediate access to all or any part of the account. The Company will pay interest on the proceeds from the date they become payable to the date of payment as stated above at the rate of interest that will be set each year by the Company and that will not be less than that required by law or 1.5% per year, if greater.

On request, all or part of the proceeds payable in one sum at the death of the Insured can be applied to any Payment Option at the choice of the Payee. Further, with the consent of the Company, any Payee who is entitled to receive proceeds in one sum when a Payment Option ends, or at the death of a prior Payee, or when the proceeds are withdrawn, can choose to apply the proceeds to a Payment Option.

**Choice of Payment Options; Option Date**

The choice of a Payment Option and the naming of the Payee must be in written form satisfactory to the Company. You can make or change or revoke the choice before the death of the Insured. The Option Date is the effective date of the Payment Option, as chosen.

When a Payment Option starts, we will issue a contract which will describe the terms of the Option. We may require that you send us this Policy

**Payee**

A Payee is a person, a corporation, a partnership, a fiduciary or any other legal entity entitled to receive payment in one sum or under a Payment Option.

If the Payee is not a natural person, the choice of a Payment Option will be subject to our approval. A collateral assignment will modify a prior choice of a Payment Option. The amount due the assignee will be payable in one sum and the balance will be applied under the Payment Option.

**Life Income Options**

Guaranteed Life Income Options are based on the age of the Payee on the Option Date. The Company will require proof of age. The Life Income payments will be based on the rates shown in the Life Income Tables; or, if they are greater, the Payment Option rates of the Company on the Option Date. If the rates at a given age are the same for different periods certain, the longest period certain will be deemed to have been chosen.

**Death of Payee**

Amounts to be paid after the death of a Payee under a Payment Option will be paid as due to the successor Payee. If there is no successor Payee, amounts will be paid in one sum to the estate of the last Payee to die. If a Payee under a Life Income Option dies within 30 days after the Option Date, the amount applied to the Option, less any payments made, will be paid in one sum, unless a Payment Option is chosen.

**Limitations**

If instalments under an Option would be less than $50, proceeds can be applied to a Payment Option only with the consent of the Company.

5E-21-04                                                      13                                                      AAAFYF



## PAYMENT OPTIONS

**Single Life Income**  Monthly payments will be made during the lifetime of the Payee.

**Single Life Income –**  Monthly payments will be made during the lifetime of the Payee with a guaranteed payme
**10 Year Guaranteed**  period of 10 years.
**Payment Period**

**Joint and Survivor**  Monthly payments will be made:
**Life Income**
- While either of two Payees is living, called "Joint and Survivor Life Income"; or

- While either of two Payees is living, but for at least 10 years, called "Joint and Survivor Life
  Income, 10 Years Certain".

**Other Frequencies**  Other Payment Options and payment frequencies may be arranged with us.
**and Options**

## LIFE INCOME TABLES

**Minimum Payments under Payment Options**

Monthly payments for each $1,000 applied will not be less than the amounts shown in the following Tables. On request, we will provide additional information about amounts of minimum payments.

The rates shown below are based on: an interest rate of 1.5% per year; and the Annuity 2000 Mortality Table.

**Single Life Income**

| Payee's Age | Life Income | 10 Year Guaranteed Payment Period |
|---|---|---|
| 50 | $2.72 | $2.71 |
| 55 | 2.97 | 2.96 |
| 60 | 3.30 | 3.28 |
| 65 | 3.71 | 3.67 |
| 70 | 4.27 | 4.19 |
| 75 | 5.04 | 4.86 |
| 80 | 6.12 | 5.69 |
| 85 | 7.68 | 6.66 |
| 90 | 9.95 | 7.60 |

**Joint and Survivor Life Income**

| Age of Both Payees | Joint and Survivor | Joint and Survivor, 10 Years Certain |
|---|---|---|
| 50 | $2.43 | $2.43 |
| 55 | 2.62 | 2.62 |
| 60 | 2.86 | 2.86 |
| 65 | 3.17 | 3.16 |
| 70 | 3.57 | 3.56 |
| 75 | 4.11 | 4.09 |
| 80 | 4.85 | 4.81 |
| 85 | 5.91 | 5.74 |
| 90 | 7.43 | 6.82 |

**PART I**

**Application for Individual and Multi Life Life Insurance**

Check the appropriate company.

Office Use Only: ~~207277250~~

☐ Metropolitan Life Insurance Company
200 Park Avenue, New York, NY 10166

☐ New England Life Insurance Company
501 Boylston Street, Boston, MA 02116-3700

☐ MetLife Investors Insurance Company
13045 Tesson Ferry Road, St. Louis, MO 63128

☐ General American Life Insurance Company
13045 Tesson Ferry Road, St. Louis, MO 63128

☑ MetLife Investors USA Insurance Company
222 Delaware Avenue, Suite 900, PO Box 23130, Wilmington, DE 19899

*The Company indicated above is referred to as "the Company."*

## SECTION 1
## Proposed Insured(s)

*If less than 3 years, add prior residence address in Additional Information Section, Page 13.

**NOTE:**
P.O. Box numbers **CANNOT** be accepted for street addresses.

**1. PROPOSED INSURED #1**

Name _David_ _Cohen_ _NPL 35_
Street _8855 Collins Avenue NP #35_
City _Miami Beach Surfside_ State _FL_ Zip _33154_
Years at this address* _15 yrs_ SSN/Tax ID REDACTED _2276_
Home Phone Number (_786_) _325-5979_ Best time to call: FROM _7:00 am_
Work Phone Number (_305_) _949-7417_ ☐ Daytime ☐ Evening TO _6:00 pm_
Cell Phone Number (_305_) _301-7458_ Best number to call: ☐ Home ☐ Work ☐ Cell
Driver's License Number REDACTED _1970_ State _FL_
License Issue Date _4-28-03_ License Expiration Date _4-28-09_
Marital Status ☐ Single ☑ Married ☐ Separated ☐ Divorced ☐ Widowed
Date of Birth REDACTED _July_ State/Country of Birth _Israel_
Sex ☑ Male ☐ Female Net Worth $ _500,000+_
Annual Earned Income $ _100,000_ Annual Unearned Income $ _____
Employer's Name _Aiko Systems Inc_ _Aiko Systems Inc_
Street _8855 Collins Ave #35_
City _Miami Beach Surfside_ State _FL_ Zip _33154_
Position/Title/Duties _President_ Length of Employment _2 yrs_

**2. PROPOSED INSURED #2**

Life 2, Spouse, Designated Life, Person to be covered under Applicant's Waiver of Premium Benefit

Relationship to Proposed Insured #1 _____

If address is same as Proposed Insured #1, write "SAME".

Name _____
Street _____
City _____ State _____ Zip _____
Years at this address* _____ SSN/Tax ID _____
Home Phone Number (_____) _____ Best time to call:
Work Phone Number (_____) _____ ☐ Daytime ☐ Evening
Cell Phone Number (_____) _____ Best number to call: ☐ Home ☐ Work ☐ Cell
Driver's License Number _____ State _____
Issue Date _____ Expiration Date _____
Marital Status ☐ Single ☐ Married ☐ Separated ☐ Divorced ☐ Widowed
Date of Birth _____ State/Country of Birth _____
Sex ☐ Male ☐ Female Net Worth $ _____
Annual Earned Income $ _____ Annual Unearned Income $ _____
Employer's Name _____
Street _____
City _____ State _____ Zip _____
Position/Title/Duties _____ Length of Employment _____

**ADDITIONAL INSUREDS:**
See Supplemental Forms Package.

ENB-7-05-FL

(09/06) eF

## SECTION 1
## Proposed
## Insured(s)
*(continued)*

**3. DEPENDENT SPOUSE or MINOR**

**A.** Are any persons to be insured a dependent spouse?  ☐ YES ☐ NO

**IF YES,** please provide:

Amount of **existing** insurance on spouse of Proposed Insured    $_____

Amount of insurance **applied for** on spouse of Proposed Insured   $_____

**B. 1.** Are any persons to be insured a dependent minor?  ☐ YES ☐ NO

**IF YES,** please provide:

Amount of **existing** insurance on father/guardian    $_____

Amount of insurance **applied for** on father/guardian    $_____

Amount of **existing** insurance on mother/guardian    $_____

Amount of insurance **applied for** on mother/guardian    $_____

**2.** Are all siblings of this decedent minor equally insured?  ☐ YES ☐ NO

**IF NO,** please provide details:

---

## SECTION 2
## Existing or
## Applied For
## Insurance

**IF YES**
Some states require the completion of an additional form. See instructions on the cover of the Replacement Forms Package.

**1. EXISTING or APPLIED FOR INSURANCE**

**A.** Do any of the Proposed Insureds or Owners have any existing or applied for life insurance (L) or annuity (A) contracts with this or any other company?

Proposed Insured  ☐ YES ☐ NO
Owner  ☐ YES ☐ NO

**IF YES,** provide details on **Proposed Insured** only:

| Proposed Insured (#1, #2, other) | Company | Type (L, A) | Amount of Insurance | Year of Issue | Accidental Death Amount | Existing or Applied for |
|---|---|---|---|---|---|---|
| | | | | | | ☐ E ☐ A |
| | | | | | | ☐ E ☐ A |
| | | | | | | ☐ E ☐ A |
| | | | | | | ☐ E ☐ A |
| | | | | | | ☐ E ☐ A |

**B.** Do any of the Proposed Insureds have any application for disability insurance (D) or critical illness insurance (C) or long term care insurance (LTC) applied for or planned with THIS Company or its affiliates?  ☐ YES ☐ NO

**IF YES,** provide: Proposed Insured(#1, #2, other)_____ Type (D,C,LTC) _____

Applicable replacement and 1035 exchange forms can be found in Replacement Forms Package.

**2. REPLACEMENT**

**A.** In connection with this application, has there been, or will there be with this or any other company any: surrender transaction; loan; withdrawal; lapse; reduction or redirection of premium/consideration; or change transaction (except conversions) involving an annuity or other life insurance?  ☐ YES ☐ NO

**IF YES,** complete Replacement Questionnaire and Disclosure **AND** any other state required replacement forms.

**B.** Is this an exchange under Internal Revenue code section 1035?  ☐ YES ☐ NO

**IF YES,** complete the 1035 Exchange Authorization **for each affected policy**.

ENB-7-05-FL

(09/06)  eF

If more space is needed, please use the Additional Information Section, Page 13.   **3**

## SECTION 3
## Owner

**IDENTITY of PRIMARY OWNER** (Check one.)
- ☑ Proposed Insured #1 **Complete Question 1 ONLY.**
- ☐ Proposed Insured #2 **Complete Question 1 ONLY.**
- ☐ Other Person **Complete Questions 1 and 2.**
- ☐ Entity **Complete Question 3 ONLY.**

**If U.S. Driver's License already provided, no further information is required.**

### 1. OWNER IDENTIFICATION
- ☐ U.S. Driver's License already provided on page 1 (Proposed Insured)
- ☐ U.S. Driver's License   ☐ Green Card   ☐ Passport   ☐ Other _____
- Issuer of ID _____ ID Issue Date _____
- ID Reference Number _____ ID Expiration Date _____

**NOTE:**
P.O. Box numbers **CANNOT** be accepted for street addresses.

### 2. OWNER other than PROPOSED INSURED(S)
- Name _____
- Street _____
- City _____ State ____ Zip _____
- Phone Number (____) _____

**IF CUSTODIAN** is acting on behalf of a minor under UTMA/UGMA, please complete Additional Owner Form in Supplemental Forms package.

- Citizenship _____ Country of Permanent Residence _____
- Date of Birth _____ SSN/Tax ID _____
- Relationship to Proposed Insured(s) _____
- Employer's Name _____
- Street _____
- City _____ State ____ Zip _____
- Position/Title/Duties _____ Length of Employment _____
- ☐ Check if you wish ownership to revert to Insured upon Owner and Contingent Owner's death.

### 3. ENTITY/TRUST AS OWNER
- Entity/Trust Type:   ☐ C Corporation   ☐ S Corporation   ☐ LLC
  ☐ Partnership   ☐ Sole Proprietorship   ☐ Trust

**IF TRUST** Complete Trust Certification form in Supplemental Forms Package.

- Tax ID Number _____ Date of Trust _____
- Name of Entity/Trust _____
- Name of Trustee(s) _____
- Street _____
- City _____ State ____ Zip _____

**IF BUSINESS** Complete Business Supplement form in Supplemental Forms Package.

- Proposed Insured(s) Relationship to Entity _____
- Nature of Business _____ Business Phone _____
- Is entity publicly traded?   ☐ YES   ☐ NO
- **IF NO,** please supply one of the following documents: *(indicate which one you are supplying.)*
  - ☐ Articles of Incorporation/Government Issued Business License
  - ☐ LLC Operating Agreement
  - ☐ Partnership Agreement
  - ☐ Government Issued Certificate of Good Standing

ENB-7-05-FL

(09/06)  eF

**4**

If more space is needed, please use the Additional Information Section, Page 13.

| SECTION 4 Beneficiary(ies) | **NOTE:** Federal law states if you leave someone with special needs any assets over $2,000, they may lose eligibility for most government benefits. |
|---|---|

**Contingent Beneficiaries ONLY**
☐ Check here if you want any and all living and future natural or adopted children of Proposed Insured #1 to be included as Contingent Beneficiaries. Name any living children as beneficiaries below.

☐ **Check here AND DO NOT COMPLETE** if Primary Beneficiary is same as Trust or Entity Owner.

If there is a court appointed legal Guardian for Beneficiary, provide name and address in Additional Information Section, Page 13.

☑ **PRIMARY** ☐ **CONTINGENT** OR·*T*

Name _Orij_____ _Cohen_____ LAST

Street _8855 Collins #35_____

City _Miami Bch   surfside___ State _FL_ Zip _33154_

Date of Birth _REDACTED·56_____ SSN/Tax ID _NOT REQUIRED_

Relationship to Proposed Insured(s) _Wife_____

Percent of Proceeds _0 V_ (Multiple Beneficiaries will receive an equal percentage of proceeds unless otherwise instructed.)

☐ **PRIMARY** ☒ **CONTINGENT**

Name _REDACTED_____ _Cohen_____ LAST

Street _8855  Collins Ave  #35_____

City _Miami  Bch  surfside__ State _Fl_ Zip _33154_

Date of Birth _REDACTED·03___ SSN/Tax ID _NOT REQUIRED_

Relationship to Proposed Insured(s) _Child_____

Percent of Proceeds _80_ (Multiple Beneficiaries will receive an equal percentage of proceeds unless otherwise instructed.)

☐ **PRIMARY** ☐ **CONTINGENT**

Name _____ MIDDLE _____ LAST

Street _____

City _____ State ___ Zip _____

Date of Birth _____ SSN/Tax ID _NOT REQUIRED_

Relationship to Proposed Insured(s) _____

Percent of Proceeds _____ (Multiple Beneficiaries will receive an equal percentage of proceeds unless otherwise instructed.)

| SECTION 5 Custodian acting for Minor Beneficiary(ies) | Custodian's name _____ MIDDLE _____ LAST |
|---|---|

as custodian for _____

under the _____ Uniform Transfers (or Gifts) to Minors Act.

Street _____

City _____ State ___ Zip _____

Relationship to Minor(s) _____

If more space is needed, please use the Additional Information Section, Page 13.

| SECTION 6 | 1. PRODUCT & FACE AMOUNT |
|---|---|

**SECTION 6**
**Information Regarding Insurance Applied for**

**1. PRODUCT & FACE AMOUNT**

Product Name _____ Cuc) 10

Face Amount $ 500,000 _____ *(Complete Personal Financial Supplement if $1,000,000 or more.)*

☐ Group Conversion*

Optional Benefits and Riders:
☐ Guaranteed Survivor Plus Purchase Options (GSPO+)*
  Option Period(s): _____ $_____
☐ Guaranteed Survivor Income Benefit (GSIB)
☐ Term Rider *Specify:* _____ $_____
☐ Life Guaranteed Purchase Option (LGPO)
☐ Acceleration of Death Benefit Rider (ADBR)*
☐ Enricher Options (PAIR/VABR)* *Specify:* _____ $_____
☐ Disability Waiver (DW) *Specify:* _____ $_____

☐ Other _____

Special Requests/Other:
☐ Save Age      ☐ Specific Policy Date _____
☐ Other _____

Check here if ☐ alternate **OR** ☐ additional policy is requested and provide full details below. Include **SIGNED & DATED** illustration for each policy requested.

_____
_____
_____

***Complete these forms, if applicable:**
• ADBR
• Enricher/Equity Additions
• Group Conversion GSPO+
These forms can be found in the Supplemental Forms Package.

**2. ADDITIONAL INFORMATION for WHOLE LIFE PRODUCTS**

Do you request automatic payment of premium in default by Policy Loan *(for traditional plans)*, if available?      ☐ YES ☐ NO

Dividend Options:
☐ Paid-up Additions    ☐ VAI Equity Additions* ☐ Premium Reduction
☐ Cash              ☐ Accumulations/DWI
☐ Other _____

**3. ADDITIONAL INFORMATION for UNIVERSAL LIFE/VARIABLE LIFE PRODUCTS**

For Variable Life, also complete Variable Life Supplement.

Planned Premium Amount: Year 1 $_____ Excess/Lump Sum $_____

Duration of premium payments _____

Planned annual unscheduled payment *(if applicable)*: $_____

Renewal Premium *(if applicable)*: $_____

Death Benefit Option/Contract Type _____

Definition of Life Insurance Test: ☐ Guideline Premium Test ☐ Cash Value Accumulation Test *(if available under policy applied for)*

Guaranteed to age: *(VUL only)* ☐ 65   ☐ 75   ☐ 85   ☐ 5 years   ☐ Other_____

**4. ADDITIONAL INFORMATION for QUALIFIED PLANS**

Qualified/Non-Qualified Plan number_____

ENB-7-05-FL

(09/06) eF

6

If more space is needed, please use the Additional Information Section, Page 13.

## SECTION 7 Payment Information

If **Monthly Electronic Payment** is chosen, complete Electronic Payment Account Agreement.

**NOTE:**
It is Company Policy to not accept cash, traveler's checks, or money orders as a form of payment for Variable Life Products.

### 1. PAYMENT MODE (Check one.)

**Direct Bill:** ☐ Annual   ☐ Semi-Annual   ☐ Quarterly
**Electronic Payment:** ☑ Monthly
**Special Account:** ☑ Government Allotment   ☐ Salary Deduction

Additional Details:
_____
_____
_____
_____

### 2. SOURCE of CURRENT and FUTURE PAYMENTS (Check all that apply.)

☑ Earned Income   ☐ Mutual Fund/Brokerage Account   ☐ Money Market Fund   ☐ Savings
☐ Use of Values in another Life Insurance/Annuity Contract   ☐ Certificate of Deposit
☐ Loans   ☐ Other _____

### 3. PAYMENT

Amount collected with application $ 78.66
*(Must equal at least one monthly premium.)*

Premium Payor:
☑ Proposed Insured #1   ☐ Proposed Insured #2   ☐ Primary Owner
☐ Other

Name _____

Relationship to Proposed Insured(s) and Owner _____

Reason this person is the Payor _____

### 4. BILLING ADDRESS INFORMATION

☑ Proposed Insured #1 Address   ☐ Proposed Insured #2 Address
☐ Primary Owner's Address
☐ Other Premium Payor's/Alternate Billing Address *(Provide details here.)*

Street _____

City _____ State _____ Zip _____

☐ Special Arrangements
_____
_____
_____

### 5. SECONDARY ADDRESSEE TO RECEIVE LAPSE NOTICES

Name _____

Street _____

City _____ State _____ Zip _____

## E-Mail Addresses
*(optional)*

Proposed Insured #1 _____

Proposed Insured #2 _____

Primary Owner _____

Joint/Contingent Owner _____

ENB-7-05-FL

(09/06)  eF

If more space is needed, please use the Additional Information Section, Page 13.

## SECTION 8
## General Risk
## Questions

The following questions are to be answered for **ALL** persons to be insured, including those covered by any riders applied for.

1. Within the past three years has **ANY** person to be insured flown in a plane other than as a passenger on a scheduled airline or have plans for such activity within the next year?
   **IF YES,** complete a separate Aviation Supplement for each applicable Proposed Insured.

☐ YES ☑ NO

2. Within the past three years has **ANY** person to be insured participated in or intend within the next year to participate in **any** of the following:
   Underwater sports - (SCUBA diving, skin diving, or similar activities);
   Sky sports - (skydiving, hang gliding, parachuting, ballooning or similar activities);
   Racing sports - (motorcycle, auto, motor boat or similar activities);
   Rock or mountain climbing or similar activities;
   Bungee jumping or similar activities?
   **IF YES,** complete a separate Avocation Supplement for each applicable Proposed Insured.

☐ YES ☑ NO

If you need more space, please use the Additional Information Section, Page 13.

3. Within the **past two years** has **ANY** person to be insured **traveled** or **resided** outside the U.S. or Canada?
   **IF YES,** for each occurrence, please provide Proposed Insured, duration, country and purpose.

☑ YES ☐ NO

_Israel once_

4. Within the **next two years** does **ANY** person to be insured **intend to travel** or **reside** outside the U.S. or Canada?
   **IF YES,** for each occurrence, please provide Proposed Insured, duration, country and purpose.

☐ YES ☑ NO

5. **CITIZENSHIP/RESIDENCY**
   A. Are all persons to be insured **U.S. Citizens?** _Applying now_    ☐ YES ☑ NO
   **IF NO,** please provide details:

   Proposed Insured(s) _____ Country of Citizenship _____

   Visa Type/ID _____ Visa Number _____

   Expiration Date _____ Length of Time in U.S. _____

   ☐ Check here if currently applying for a Social Security number.

   B. Are all persons to be insured **permanent residents** of the United States?    ☑ YES ☐ NO
   **IF NO,** please provide details:

   Proposed Insured(s) _____

   Country of Residence _____

ENB-7-05-FL

(09/06)   eF

**8**

If more space is needed, please use the Additional Information Section, Page 13.

## SECTION 8
## General Risk Questions
*(continued)*

The following questions are to be answered for **ALL** persons to be insured, including those covered by any riders applied for.

**6.** In the last five years, has **ANY** person to be insured used tobacco products (e.g., cigarettes; cigars; pipes; smokeless tobacco; chew; etc.) or nicotine substitutes (e.g., patch, gum)?            ☐ YES ☐ NO
**IF YES,** please provide details:

Proposed Insured(s) _____ Date Last Used _____

Type _____

Amount/Frequency _____

If you need more space, please use the Additional Information Section, Page 13.

**7.** Has **ANY** person to be insured: **EVER** had a driver's license suspended or revoked; **EVER** been convicted of DUI or DWI; or had, in the last five years, any moving violations?            ☐ YES ☐ NO
**IF YES,** please provide Proposed Insured, date and violation.

Proposed Insured(s) _____

Details: _____

_____

**8.** Has any person to be insured **EVER** had an application for life, disability income or health insurance declined, postponed, rated or modified or required an extra premium?            ☐ YES ☐ NO
**IF YES,** please provide details:

Proposed Insured(s) _____

Details: _____

_____

**9.** Are all persons to be insured: actively at work; or a homemaker performing regular household duties; or a student attending school regularly?            ☐ YES ☐ NO
**IF NO,** please provide details:

Proposed Insured(s) _____

Details: _____

ENB-7-05-FL

(09/06)  eF

## PART II

If more space is needed, please use the Additional Information Section, Page 13.

### SECTION 1
**Physician Information**

**PLEASE NOTE:**
If FULL PARAMEDICAL exam is required, completion of Medical questions is **OPTIONAL** but will expedite your application.

**1. PHYSICIAN**
Please provide name of doctor, practitioner, or health care facility who can provide the most complete and up to date information concerning the present health of the Proposed Insured(s). *Michael Horowitz*

**Physician Information for Proposed Insured #1**
☐ Check here if no doctor, practitioner or health care facility is known.

Physician Name *Dr. M. Horwitz* Phone Number (*305*) *93/9002*

Name of Practice/Clinic _____ Fax Number (___)

Street *2805 Aventura Blvd* *240*

City *Aventura* State *FL* Zip *33180*

Date Last Consulted ~~MONTH DAY YEAR~~ Reason *Checkup*

Findings, treatment given, medication prescribed. If None, check here ☐.

_____

_____

**Physician Information** ☐ **Proposed Insured #1** ☐ **Proposed Insured #2**
☐ Check here if no doctor, practitioner or health care facility is known.

Physician Name _____ Phone Number (___)

Name of Practice/Clinic _____ Fax Number (___)

Street _____

City _____ State ___ Zip ___

Date Last Consulted ~~MONTH DAY YEAR~~ Reason _____

Findings, treatment given, medication prescribed. If None, check here ☐.

_____

_____

### SECTION 2
**Medical Questions**

**1. HEIGHT/WEIGHT**

Proposed Insured #1    Height _____ Weight _____

Proposed Insured #2    Height _____ Weight _____

Has any Proposed Insured experienced a change in weight
(greater than 10 pounds) in the past 12 months?          ☐ YES ☐ NO

**IF YES,** specify:

Proposed Insured #1    Pounds lost _____ Pounds gained _____

Proposed Insured #2    Pounds lost _____ Pounds gained _____

Reason _____

ENB-7-05-FL                                           (09/06)  eF

10

*If more space is needed, please use the Additional Information Section, Page 13.*

## SECTION 2
## Medical
## Questions
*(continued)*

**PLEASE NOTE:**
If FULL PARAMEDICAL exam is required, completion of Medical questions is **OPTIONAL** but will expedite your application.

**2.** Has a parent (P) or sibling (S) of any person to be insured ever had: heart disease; coronary artery disease; high blood pressure; diabetes; or mental illness? ☐ YES ☐ NO

**IF YES,** indicate below:

| Proposed Insured (#1, #2) | Relationship to Proposed Insured | | Age if Living | Age at Death | State of Health, Specific Conditions, Cause of Death |
|---|---|---|---|---|---|
| | ☐ P | ☐ S | | | |
| | ☐ P | ☐ S | | | |
| | ☐ P | ☐ S | | | |
| | ☐ P | ☐ S | | | |

**3.** Has **ANY** person to be insured **EVER** received treatment, attention, or advice from any physician, practitioner or health facility for, or been told by any physician, practitioner or health facility that he/she had:

| | Proposed Insured #1 | | Proposed Insured #2 | | Other Proposed Insured | |
|---|---|---|---|---|---|---|
| | YES | NO | YES | NO | YES | NO |
| **A.** High blood pressure; chest pain; heart attack; or any other disease or disorder of the heart or circulatory system? | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| **B.** Asthma; bronchitis; emphysema; sleep apnea; shortness of breath; or any other disease or disorder of the lungs or respiratory system? | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| **C.** Seizures; stroke; paralysis; Alzheimer's disease; multiple sclerosis; memory loss; Parkinson's disease; progressive neurological disorder; headaches; or any other disease or disorder of the brain or nervous system? | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Details:** If you answered **YES** to any of the above questions, please provide details here.

| Question Number | Proposed Insured Name | Name of Physician Address if not already provided | Date/Duration of Illness | Diagnosis/Severity Medications/Treatment |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

If more ... te is needed, please use the Additional In... mation Section, Page 13.

| SECTION 2 Medical Questions (continued) | | Proposed Insured #1 | | Proposed Insured #2 | | Other Proposed Insured | |
|---|---|---|---|---|---|---|---|

**3. Has ANY person to be insured EVER received treatment, attention, or advice from any physician, practitioner or health facility for, or been told by any physician, practitioner or health facility that he/she had:**

**PLEASE NOTE:** If FULL PARAMEDICAL exam is required, completion of Medical questions is **OPTIONAL** but will expedite your application.

| | | Proposed Insured #1 | | Proposed Insured #2 | | Other Proposed Insured | |
|---|---|:---:|:---:|:---:|:---:|:---:|:---:|
| | | YES | NO | YES | NO | YES | NO |
| **D.** | Ulcers; colitis; hepatitis; cirrhosis; or any other disease or disorder of the liver; gallbladder; stomach; or intestines? | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| **E.** | Any disease or disorder of: the kidney; bladder; or prostate; or blood, protein or pus in the urine? | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| **F.** | Diabetes; thyroid disorder; or any other endocrine problem(s)? | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| **G.** | Arthritis; gout; or disorder of the muscles, bones or joints? | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| **H.** | Cancer; tumor; polyp; cyst or any skin disease or disorder? | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| **I.** | Anemia; leukemia; or any other disorder of the blood or lymph glands? | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| **J.** | Depression; stress; anxiety; or any other psychological or emotional disorder or symptoms? | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| **K.** | Any disease or disorder of the eyes, ears, nose, or throat? | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Details:** If you **answered YES** to any of the above questions, please provide details here.

| Question Number | Proposed Insured Name | Name of Physician Address if not already provided | Date/Duration of Illness | Diagnosis/Severity Medications/Treatment |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

EN8-7-05-FL

(09/06)  eF

If more space is needed, please use the Additional Information Section, Page 13.

## SECTION 2
## Medical
## Questions
*(continued)*

**PLEASE NOTE:**
If FULL PARAMEDICAL Exam is required, completion of Medical Questions is **OPTIONAL** but will expedite your application.

**4.** Has **ANY** person to be insured:

| | Proposed Insured #1 | | Proposed Insured #2 | | Other Proposed Insured | |
|---|---|---|---|---|---|---|
| | YES | NO | YES | NO | YES | NO |
| **A.** Currently, or within the past six months, been under observation or received treatment or taken any medication? (Including over-the-counter medications, vitamins, herbal supplements, etc.) | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| **B.** For the next six months, scheduled any doctor's visits, medical care, or surgery? | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| **C.** During the past five years, had a: checkup; electrocardiogram; chest x-ray; or medical test? | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| **D.** During the past five years, been diagnosed by any physician, practitioner, or health facility with any illness, injury or health condition not revealed above; or have been recommended by any physician, practitioner, or health facility to have any: hospitalization; surgery; medical test; or medication? | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| **E. EVER** tested positive for exposure to the HIV infection or been diagnosed as having AIDS or ARC caused by the HIV infection or other sickness or condition derived from such infection? | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| **F. EVER** used heroin, cocaine, barbituates, or other drugs, except as prescribed by a physician or other licensed practitioner? | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| **G. EVER** received treatment from a physician or counselor regarding the use of alcohol, or the use of drugs, except for medicinal purposes; or received treatment or advice from an organization that assists those who have an alcohol or drug problem? | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Details:** If you answered YES to any of the above questions, please provide details here.

| Question Number | Proposed Insured Name | Name of Physician Address if not already provided | Date/Duration of Illness | Diagnosis/Severity Medications/Treatment |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

ENB-7-05-FL

(09/06)  eF

**Additional Information**

**Use this page for any additional information.**
**Attach a separate sheet if necessary.**

## Certification/ Agreement/ Disclosure

**Certification Regarding Sales Illustration** Agent must check the appropriate statement below.

☐ Agent certifies that a signed illustration is **not required** by law or the policy applied for is not illustrated in this state.

☐ An illustration was signed and **matches the policy applied for.** It is included with this application.

☐ An illustration was shown or provided but is **different from the policy applied for.** An illustration conforming to the policy as issued will be provided no later than at the time of policy delivery.

☒ **No illustration conforming to the policy** as applied for was shown or provided prior to or at the time of this application. An illustration conforming to the policy as issued will be provided no later than at the time of policy delivery.

☐ If illustration was **only shown on a computer screen,** check and complete details below.

An illustration was displayed on a computer screen. The displayed illustration **matches the policy applied for** but no printed copy of the illustration was provided. An illustration conforming to the policy as issued will be provided no later than at the time of policy delivery. The illustration on the screen included the following personal and policy information:

1. Gender (as illustrated)        ☐ M   ☐ F        ☐ Unisex        Age _____
2. Rating class (e.g. standard, smoker)   ☐ Preferred      ☐ Standard      ☐ Non-smoker   ☐ Smoker
                                          ☐ Other_____
3 Type of policy (e.g. L-98, Whole Life) _____
4. Initial Death Benefit $ _____ Death Benefit Option _____
5. Guaranteed Minimum Death Benefit   ☐ age 55   ☐ age 65   ☐ age 75   ☐ age 85   ☐ 5 years
6. Dividend Option _____
7. Riders _____   $ _____
          _____   $ _____
          _____   $ _____

### Fraud Warnings
**Florida**
Any person who knowingly and with the intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

### Agreement/Disclosure
**I have read this application for life insurance including any amendments and supplements and to the best of my knowledge and belief, all statements are true and complete. I also agree that:**
- My statements in this application and any amendment(s), paramedical/medical exam and supplement(s) are the basis of any policy issued.
- This application and any: amendment(s); paramedical/medical exam; and supplement(s) to this application, will be attached to and become part of the new policy.
- Only the Company's President, Secretary or Vice-President may: (a) make or change any contract of insurance; (b) make a binding promise about insurance; or (c) change or waive any term of an application, receipt, or policy.
- Except as stated in the Temporary Insurance Agreement and Receipt, no insurance will take effect until a policy is delivered to the Owner and the full first premium due is paid. It will only take effect at the time it is delivered if: (a) the condition of health of each person to be insured is the same as stated in the application; and (b) no person to be insured has received any medical advice or treatment from a medical practitioner since the date of the application.
- I understand that paying my insurance premiums more frequently than annually may result in a higher yearly out-of-pocket cost or different cash values.

ENB-7-05-FL                                                                (09/06)  eF





## Certification/ Agreement/ Disclosure

(continued)

- If I intend to replace existing insurance or annuities, I have so indicated in Section 2, Question 2 of this application.
- I have received the Company's Consumer Privacy Notice and, as required, the Life Insurance Buyer's Guide.
- If I was required to sign an HIV Informed Consent Authorization, I have received a copy of that Authorization.

**Taxpayer Identification Number Certification**
Under penalties of perjury, I, the Owner, certify that:
The number shown in this application is my correct taxpayer identification number, and I am not subject to backup withholding because:
(a) I have not been notified by the IRS that I am subject to backup withholding as a result of a failure to report all interest or dividends; **OR**
(b) the IRS has notified me that I am not subject to backup withholding. *(If you have been notified by the IRS that you are currently subject to backup withholding because of under reporting interest or dividends on your tax return, you must cross out and initial this item.)*
I am a U.S. citizen or a U.S. resident alien for tax purposes.
*(If you are not a U.S. citizen or a U.S. resident alien for tax purposes, please cross out this certification and complete form W-8BEN).*
**Please note:** The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| **SIGNATURES:** | | |
|---|---|---|
| | Signed at City, State _Surfside Miami Beh FL_ | Date _12/3/07_ |
| | **Proposed Insured #1** (age 15 or over) | |
| If not witnessing all signatures, Witness should sign next to the signature being witnessed. | Signed at City, State _____ | Date _____ |
| | **Proposed Insured #2** (age 15 or over) | |
| | Signed at City, State _____ | Date _____ |
| | **Owner**_____ (If other than Proposed Insured) (If age 15 or over) If the Owner is a firm or corporation, include Officer's title with signature. | |
| | Signed at City, State _____ | Date _____ |
| | **Parent or Guardian**_____ (If Owner or Proposed Insured(s) is/are under 18, sign here if not signed above.) | |
| | Signed at City, State _Surfside Miami Beh FL_ | Date _12/3/07_ |
| | **Witness to Signatures** (Licensed Agent/Producer) | |
| | Please print Agent/Producer name _SCOTT STORICK_ | |
| | Florida State Insurance License Number _A255758_ | |

ENB-7-05-FL

(09/06)  eF

DL# C500 (605 4 1470 F1

**PART II**   Check the appropriate company                    Case/Policy #                    1

| **Paramedical/ Medical Exam** | ☑ Metropolitan Life Insurance Company | ☐ Metropolitan Tower Life Insurance Company |
| | ☐ MetLife Investors Insurance Company | ☐ MetLife Investors USA Insurance Company |
| | ☐ New England Life Insurance Company | ☐ General American Life Insurance Company |

The Company indicated above is referred to as "the Company"

The questions below are directed to the person to be examined. Record ONLY this person's answers in the spaces below.

1. Name of Proposed Insured   COHEN, DAVID          Date of Birth   REDACTED  54 91

2. Tobacco Use – Indicate date last smoked/used

Cigarette   ☑ Never   Smokeless Tobacco _____   ☑ Never   Cigar/Pipe _____   ☑ Never

Nicotine Substitute (i.e., Patch, Gum, etc.) _____   ☑ Never   Amount/Frequency _____   How Long _____ yrs

3. Please provide name of doctor, practitioner, or health care facility who can give us the most complete and up to date information concerning your present health. If None, check ☐

Physician Name   HOROWITZ, M.D.          Type of Practice/Clinic _____

Street   1411 N.W. 12 AVE   City   MIAMI   State FL   Zip 33136

Phone Number   305 585 6005   Fax Number _____   Date Last Consulted   MOU  100 TH

Reason   FOR A FLU

Findings, treatment given, medication prescribed (Name, dose)   GIVEN RX + RECOVERED.

Reasons, findings, earlier consultations past 5 years   N/A.

4. Height   5 ft 11½ in   Weight   165 lbs   Change in weight in past 12 months?   ☐ Yes ☑ No

If Yes, Pounds lost _____   Pounds gained _____   Reason _____

5. Have you EVER received treatment, attention, or advice from any physician, practitioner or health facility for, or been told by any physician, practitioner or health facility that you had

| | Details List question number Give dates, duration description of condition, diagnosis, treatment, physician, practitioner or health facility names and addresses |
|---|---|
| a) High blood pressure, chest pain, heart attack, irregular heartbeat, peripheral vascular disease, or any other disease or disorder of the heart or circulatory system (blood vessels)? | ☐ Yes ☑ No |
| b) Asthma, bronchitis, pneumonia, emphysema, sleep apnea, shortness of breath, or any other disease or disorder of the lungs or respiratory system? | ☐ Yes ☑ No |
| c) Seizures, stroke, paralysis, Alzheimer's disease or other form of dementia, multiple sclerosis, memory loss, Parkinson's disease, progressive neurological disorder, headaches, or any other disease or disorder of the brain or nervous system? | ☐ Yes ☑ No |
| d) Ulcers, colitis, hepatitis, cirrhosis, pancreatitis, or any other disease or disorder of the liver, pancreas, gallbladder, esophagus, stomach, spleen, or intestines? | ☐ Yes ☑ No |
| e) Any disease or disorder of the breasts, reproductive organs, or the genitourinary system, including but not limited to the kidney, bladder, or prostate, or blood, protein or pus in the urine? | ☐ Yes ☑ No |
| f) Diabetes, thyroid disorder, elevated cholesterol or other lipid disorder, or any other endocrine disease or disorder? | ☐ Yes ☑ No |
| g) Arthritis, gout, osteoporosis, or other disease or disorder of the muscles, bones, spine (discs, back, neck), or joints? | ☐ Yes ☑ No |
| h) Cancer, tumor, polyp, or cyst? Any disease or disorder of the skin? | ☐ Yes ☑ No |
| i) Anemia, leukemia, or any other disease or disorder of the blood or lymph glands? | ☐ Yes ☑ No |
| j) Depression, stress, anxiety, or any other psychological or emotional disorder or symptoms? | ☐ Yes ☑ No |
| k) Any disease or disorder of the eyes, ears, nose, or throat? | ☐ Yes ☑ No |

EMED-13-05-FL                                                     (12/05)  eF

2

| | | | Details (Continued) |
|---|---|---|---|

6. Are you now, or within the past year, taking medication or receiving treatment? (Including over the counter medications, vitamins, herbal supplements, alternative therapies, etc.) ☐ Yes ☑ No

7. Do you have any doctor's visits, medical tests, medical care, or surgery scheduled for the next six months? ☐ Yes ☑ No

8. Other than the above, during the past five years have you had any
   a) Checkup, consultations, electrocardiogram, chest x-ray, or other medical test? ☐ Yes ☑ No
   b) Illness, injury, or health condition not revealed above, or have been recommended to have any treatment, hospitalization, surgery, medical test, or medication? ☑ Yes ☐ No

9. Have you
   Have you ever tested positive for exposure to the HIV infection or been diagnosed as having AIDS or ARC caused by the HIV infection or other sickness or condition derived form such infection? ☐ Yes ☑ No

10. a) Have you ever used heroin, cocaine, barbiturates, or other drugs, except as prescribed by a physician or other licensed practitioner? ☐ Yes ☑ No
    b) Have you ever received treatment from a physician, practitioner, health facility or counselor regarding the use of alcohol, or the use of drugs, or been advised by a physician, practitioner, health facility or counselor to restrict the use of alcohol or drugs, or received treatment or advice from an organization that assists those who have an alcohol or drug problem? ☐ Yes ☑ No

**Details (Continued)**

8b)
2006-
CATARACT SURGERY
MT. SINAI HOSPITAL
4200 ALTON RD.
MIAMI BCH, FL. 33140.
305-674 2121.

11. Do you exercise? ☐ Yes ☑ No   Type _____ How often? _____

12. Are you now pregnant? ☐ Yes ☑ No   If Yes, estimated date of delivery? _____

13. Has a parent or sibling ever had  heart disease, coronary artery disease, vascular disease, stroke/cerebrovascular disease, diabetes, cancer? (If Yes, indicate below)   ☐ Yes ☑ No

| Relationship to Proposed Insured | Age(s) if living | Age(s) at Death | State of Health (Specific Conditions) or Cause of Death Attach additional sheet(s) if necessary |
|---|---|---|---|
| FATHER | | 83 | OLD AGE |
| MOTHER | 80 | | GOOD HEALTH. |
| 1 BROTHER | 47. | | GOOD HEALTH. |

14. a) Do you currently use any assisted devices such as a walker, wheelchair, long leg braces, cane, or crutches?   ☐ Yes ☑ No
    b) Do you need any assistance or supervision with any or all of the following activities: eating, bathing, dressing, walking, moving in/out of a chair or bed, toileting, continence or taking medication?   ☐ Yes ☑ No

If **Yes**, provide details above

I have read the answers to questions 2-14 before signing. They correctly reflect the answers given by me, and are true and complete to the best of my knowledge and belief. There are no exceptions to any such answers other than as written.

Any person who knowingly and with the intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

☞ Signature of Proposed Insured _____   Date 2/4/08

☞ Witness to Signature _____   City and State MIAMI FL.
EDDIE SOCORRO.

EMED-13-05-FL                                                    (12/05) eF

## Amendment to Application for Insurance

Proposed Insured: DAVID COHEN                    Case/Policy No.: 207277250

Date of Application: 12/03/2007

I agree to the following changes to the application referred to above :
Proposed Insured Number 1's state/country of birth is amended to Country of
Birth of ISRAEL

Page 7 Section 8 question 5 to read - Green Card - Number A022684916-
Expiration Date 12/12/2010- In U.S 22 years

FRAUD WARNING: Any person who knowingly and with the intent to injure, defraud, or deceive any
insurer files a statement of claim or an application containing any false, incomplete, or misleading
information is guilty of a felony of the third degree.

Date: _____          _____
                                         Proposed Insured #1 (Parent, if insured under age 15)

Date: _____          _____
                                         Proposed Insured #2 (Parent, if insured under age 15)

Date: _____          _____
                                         Applicant, if other than Proposed Insured

**MetLife Investors USA Insurance Company**
222 Delaware Ave, Suite 900, Wilmington, DE 19899

**Michael Farrell**
**President**

UAMND-27 -04 -FL                                                    CAAHVU



Please notify the Company of any change in your name or address.  The Company will write to you at your address on record with the Company.

**MetLife Investors USA Insurance Company**
**222 Delaware Ave, Suite 900**
**P.O. Box 25130**
**Wilmington, DE  19899**

Please call our 800 number to present inquiries or to obtain information about your coverage and for us to provide assistance in resolving complaints: [1-800-MET-5000].

**Term Life Insurance Policy**
- The policy proceeds are payable if the Insured dies while the insurance is in force.
- Premiums are payable to the Company for a specified period.  (See the Schedule of Renewal Premiums.)
- Premiums for the first year are shown in the Policy Schedule and for later years are shown in the Schedule of Renewal Premiums.
- The Policy is not participating and does not share in dividends.
- The Policy is automatically renewable until the Final Expiry Date shown in the Policy Schedule.
- The Policy can be converted to permanent insurance within the Conversion Period shown in the Policy Schedule.

5E-21-04 FL                                    18                                    AAAFYW

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT, IN AND FOR DADE
COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: 11-32476CA 05

Fla. Bar No.: 863350

ORIT COHEN,

      Plaintiff,

vs.

METLIFE INVESTORS USA INSURANCE
COMPANY, a foreign corporation,

      Defendant.

_____/

**THE STATE OF FLORIDA:**

To Each Sheriff of Said State:

      **YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the

Complaint, in this action on Defendant:

**METLIFE INVESTORS USA INSURANCE
COMPANY, a foreign corporation,**

**By Serving Registered Agent:
CT Corporation System
1200 South Pine Island Rd
Plantation, Florida 33324**

**Pursuant to F.S. 624.422**

Each Defendant is required to serve written defenses to the Complaint on Plaintiff's attorney,

to wit:

**MARC L. BRUMER, ESQUIRE**
whose address is: BRUMER & BRUMER, P.A.
1 S.E. 3rd Avenue, Suite 2900
Miami, Florida 33131
T: 305.374.2000 Brwd:954-760-4666

within 20 days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint.

DATED ON _____OCT 0 6 2011_____, 2011.

As Clerk of said Court

By___**ZAKARIA CHATILA**___

as Deputy Clerk

(Court Seal)

☒ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION | | CASE NUMBER |
| --- | --- | --- |
| ☒ CIVIL ☐ DISTRICTS ☐ FAMILY ☐ OTHER | **CIVIL COVER SHEET** | 11-32476CA 05 |

| PLAINTIFF | VS. DEFENDANT | CLOCK IN |
| --- | --- | --- |
| ORIT COHEN | METLIFE INVESTORS USA INSURANCE COMPANY,  a foreign corporation | |

The civil cover sheet and the information contained here does not replace the filing and service of pleadings or other papers as required by law. This form is required by the Clerk of Court for the purpose of reporting judicial workload data pursuant to Florida Statute 25.075. See instructions on reverse of this form.

**TYPE OF CASE** (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x in both the main category and subcategory boxes.

☐ 001 - Eminent Domain
☒ 003 - Contracts and Indebtedness
☐ 010 - Auto Negligence
☐ 022 - Products Liability
☐ 023 - Condominium
☐ Negligence - Other
　☐ 097 - Business Governance
　☐ 098 - Business Torts
　☐ 099 - Environmental/Toxin Tort
　☐ 100 - Third Party Indemnification
　☐ 101 - Construction Defect
　☐ 102 - Mass Tort
　☐ 103 - Negligent Security
　☐ 104 - Nursing Home Negligence
　☐ 105 - Premises Liability - Commercial
　☐ 106 - Premises Liability - Residential
　☐ 107 - Negligence - Other
☐ Real Property/Mortgage Foreclosure
　☐ 108 - Commercial Foreclosure $0 - $50,000
　☐ 109 - Commercial Foreclosure $50,001 - $249,999
　☐ 110 - Commercial Foreclosure $250,000 - or more
　☐ 111 - Homestead Residential Foreclosure $0 - $50,000
　☐ 112 - Homestead Residential Foreclosure $50,001 - $249,999
　☐ 113 - Homestead Residential Foreclosure $250,000 or more
　☐ 114 - Non-Homestead Residential Foreclosure $0 - $50,000
　☐ 115 - Non-Homestead Residential Foreclosure $50,001 - $249,999
　☐ 116 - Non-Homestead Residential Foreclosure $250,000 or more
　☐ 117 - Other Real Property Actions $0 - $50,000
　☐ 118 - Other Real Property Actions $50,001 - $249,999

☐ 119 - Other Real Property Actions $250,000 or more
☐ Professional Malpractice
　☐ 094 - Malpractice - Business
　☐ 095 - Malpractice - Medical
　☐ 096 - Malpractice - Other professional
☐ Other
　☐ 120 - Antitrust/Trade Regulation
　☐ 121 - Business Transactions
　☐ 122 - Constitutional Challenge - Statute or Ordinance
　☐ 123 - Constitutional Challenge - Proposed amendment
　☐ 124 - Corporate Trust
　☐ 125 - Discrimination - Employment or Other
　☐ 126 - Insurance Claims
　☐ 127 - Intellectual Property
　☐ 128 - Libel/Slander
　☐ 129 - Shareholder Derivative Action
　☐ 130 - Securities Litigation
　☐ 131 - Trade Secrets
　☐ 132 - Trust Litigation
☐ 133 - Other Civil Complaint
　☐ 009 - Bond Estreature
　☐ 014 - Replevin
　☐ 024 - Witness Protection
　☐ 080 - Declaratory Judgment
　☐ 081 - Injunctive Relief
　☐ 082 - Equitable Relief
　☐ 083 - Construction Lien
　☐ 084 - Petition for Adversary Preliminary Hearing
　☐ 085 - Civil Forfeiture
　☐ 086 - Voluntary Binding Arbitration
　☐ 087 - Personal Injury Protection (PIP)



## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☐

REMEDIES SOUGHT (check all that apply):

☒   monetary;

☐   non-monetary declaratory or injunctive relief;

☐   punitive

NUMBER OF CAUSES OF ACTION: [     ]

(specify) _____

_____

IS THIS CASE A CLASS ACTION LAWSUIT?

☐ Yes

☒ No

HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?

☒ No

☐ Yes   If "Yes", list all related cases by name, case number, and court.

_____

_____

_____

IS JURY TRIAL DEMANDED IN COMPLAINT?

☒ Yes

☐ No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature _____     Florida Bar # _____863350_____

                    Attorney or party                                                     (Bar # if attorney)

MARC L. BRUMER, ESQ.                             10-6-11

(type or print name)                                      Date

Clerk's web address: www.miami-dadeclerk.com

  

## CT Corporation

**Service of Process Transmittal**
10/13/2011
CT Log Number 519306534

**TO:** Kaiper Wilson
Metropolitan Life Insurance Company
1095 Avenue of the Americas
New York, NY 10036-6796

**RE:** **Process Served In Florida**

**FOR:** MetLife Investors USA Insurance Company (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Orit Cohen, Pltf. vs. MetLife Investors USA Insurance Company , etc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Cover Sheet, Complaint, Exhibit(s), Attachment(s) |
| **COURT/AGENCY:** | Dade County Circuit Court, FL<br>Case # 1132476CA05 |
| **NATURE OF ACTION:** | Insurance Litigation - Life Insurance Benefits - Policy benefits claimed as a beneficiary in a life insurance policy |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 10/13/2011 at 12:20 |
| **JURISDICTION SERVED :** | Florida |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Marc L. Brumer<br>Brumer & Brumer, P.A.<br>SunTrust International Center<br>1 S.E. 3rd Avenue, Suite 2900<br>Miami, FL 33131<br>305-374-2000 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 10/13/2011, Expected Purge Date: 10/18/2011<br>Image SOP<br>Email Notification, CTServiceof Process ctserviceofprocess@metlife.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Donna Moch |
| **ADDRESS:** | 1200 South Pine Island Road<br>Plantation, FL 33324 |
| **TELEPHONE:** | 954-473-5503 |

Page 1 of 1 / DP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR DADE
COUNTY, FLORIDA

ORIT COHEN,

    Plaintiff,

Case No. 11-32476 CA 05

v.

METROPOLITAN LIFE INSURANCE
COMPANY,

    Defendant.

_____/

**THE ORIGINAL FILED**

**ON OCT 2 5 2011**

**IN THE OFFICE OF**
**CIRCUIT COURT DADE CO.**

## METROPOLITAN LIFE INSURANCE COMPANY'S
## AGREED MOTION FOR ENLARGEMENT OF TIME

    Defendant, Metropolitan Life Insurance Company, Inc. ("MetLife"), by and through undersigned counsel and pursuant to Rule 1.090(b), Florida Rules of Civil Procedure, respectfully moves for an enlargement of time in which to respond to the Complaint. The grounds for this motion are:

    1.    Defendant's response to the Complaint currently is due on or about November 2, 2011.

    2.    Due to the press of other litigation, together with the need to obtain and review the file and consult with Defendant, undersigned counsel will not have sufficient time to adequately prepare the response to the Complaint by the due date.

    3.    Accordingly, Defendant seeks an enlargement of an additional twenty (20) days from the current due date, to respond, by motion or otherwise, to the Complaint.

    4.    This motion is not made for the purpose of delay and Plaintiff will not be prejudiced by this enlargement.

1500 Miami Center • 201 South Biscayne Boulevard, Miami, Florida 33131 • ph 305.358.6300 • fx 305.381.9982 • www.shutts.com

MIAMI   FORT LAUDERDALE   WEST PALM BEACH   ORLANDO   TAMPA   TALLAHASSEE   AMSTERDAM

 

*Cohen v. MetLife*
*Case No. 11-32476 CA*

5.      Undersigned counsel has contacted Plaintiff's counsel, who has graciously agreed to the requested enlargement of time

WHEREFORE, Defendant, Metropolitan Life Insurance Company, Inc., respectfully requests that this Court grant it an enlargement of time of an additional twenty (20) days, up to and including November 22, 2011, in which to serve its response to Plaintiff's Complaint, and granting Defendant such other and further relief as this Court deems proper.

Respectfully submitted,

**SHUTTS & BOWEN LLP**
*Attorneys for MetLife*
1500 Miami Center
201 South Biscayne Boulevard
Miami, Florida 33131
Tel:  (305) 358-6300
Fax: (305) 381-9982

By: _____
John E. Meagher
Florida Bar No. 511099
*jmeagher@shutts.com*
Jeffrey M. Landau
Florida Bar No. 863777
*jlandau@shutts.com*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. Mail on this 24th day of October 2011 upon Marc L. Brumer, Esq., Brumer & Brumer, P.A., *Counsel for Plaintiff*, Suntrust International Center, One Southeast Third Avenue, Suite 2900, Miami, Florida 33131.

_____
Of Counsel

MIADOCS 5775401 1

1500 Miami Center • 201 South Biscayne Boulevard, Miami, Florida 33131 • ph 305.358.6300 • fx 305.381.9982 • www.shutts.com

MIAMI   FORT LAUDERDALE   WEST PALM BEACH   ORLANDO   TAMPA   TALLAHASSEE   AMSTERDAM